IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

J.G.,                                        :        CIVIL ACTION

                                             :

          v.                                 :

                                             :

FRANK BISIGNANO,                             :        NO.  21-1968

Commissioner of Social Security              :


**O R D E R**

AND NOW, this 6th day of February 2026, upon consideration of Plaintiff's

request for review (Doc. 17), the response (Doc. 18), and Plaintiff's reply (Doc. 19), and

after careful consideration of the administrative record (Doc. 16), IT IS HEREBY

ORDERED that:

1.    Judgment is entered AFFIRMING the decision of the Commissioner of
      Social Security and the relief sought by Plaintiff is DENIED.

2.    The clerk of Court is hereby directed to mark this case closed.


                         BY THE COURT:

                         Elizabeth T. Hey

                         ELIZABETH T. HEY, U.S.M.J